# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNECTOR CASTINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-cv-01204-ERW |
| NEWBURG ROAD LUMBER CO., INC., | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Connector Castings, Inc., with consent of Defendants Newburg Road Lumber Co., Inc., dismisses with prejudice this action against all parties, with all parties to bear their own costs and attorney fees.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
Ronald J. Eisenberg, #48674MO
Robert Schultz, #35329MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
(636) 537-4645
Fax: (636) 537-2599
reisenberg@sl-lawyers.com
rschultz@sl-lawyers.com

*Attorneys for Plaintiff*
*Connector Castings, Inc.*

With consent

Greensfelder, Hemker & Gale, P.C.

By: /s/ Mary Ann L. Wymore
Mary Ann L. Wymore
Jasmine Y. McCormick
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
314-516-2662 (office)
314-345-5499 (fax)
mlw@greensfelder.com
jmccormick@greensfelder.com

*Attorneys for Defendant*
*Newburg Road Lumber Co., Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ Ronald J. Eisenberg

2